## United States District Court for the Northern District of Illinois

Case Number: `08cv2480`  Assigned/Issued By: `j. n.`

Judge Name:  Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets   (Victim, Against and $ Amount)
☐ Writ _____
  (Type of Writ)

`1` Original and `0` copies on `5-15-08` as to `defendant`
                                  (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05