UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Greenleaf Limited Partnership
                                                  Plaintiff,

v.                                                         Case No.: 1:08−cv−02480
                                                               Honorable Virginia M. Kendall

Illinois Housing Development Authority
                                                Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

       MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff fails to appear.Status hearing set for 7/7/2008 at 09:00 AM. Plaintiff is directed to file a return on service of the summons and complaint with the Clerk of Court and to comply with this court's order dated 5/6/2008.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.