UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREENLEAF LIMITED PARTNERSHIP ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 08-2480 |
| ) | |
| ILLINOIS HOUSING DEVELOPMENT ) | Judge Virginia M. Kendall |
| AUTHORITY ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT OF SERVICE

I, Carl A.S. Coan, III, being first duly sworn, depose and state:

1. Service was made on the Defendant by mailing a copy of the Complaint and Summons to Deshana Forney, Executive Director of Defendant, on June 2, 2008 via certified mail, return receipt requested.

2. Service on Defendant was effected on June 6, 2008. A copy of the return receipt is attached hereto as Exhibit 1.

_____
Carl A.S. Coan, III

District of Columbia, ss:

Subscribed and sworn to before me on July 2, 2008.

/s/ Bonnie K. Miller
Notary Public

My Commission expires: 4-30-2010

Bonnie K. Miller
Notary Public, District of Columbia
My Commission Expires 04/30/2010

Respectfully Submitted,

July 2, 2008

GREENLEAF LIMITED PARTNERSHIP

By Its Attorneys:

/s/Richard A. Wolfe
Richard A. Wolfe
Wolfe and Polovin
180 N. LaSalle Street
Suite 2420
Chicago, IL 60601
(312) 782-1681 (Telephone)
(312) 782-5108 (Telecopier)

Of Counsel:
Carl A.S. Coan, Jr.
Carl A.S. Coan, III
Coan & Lyons
1100 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036
202-728-1070 (Telephone)
202-293-2448 (Telecopier)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREENLEAF LIMITED PARTNERSHIP

v.

ILLINOIS HOUSING DEVELOPMENT AUTHORITY

Civil Action No. 08-2480(VMK)

AFFIDAVIT OF SERVICE

Exhibit 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Deshana Forney, Executive Director<br>Illinois Housing Development Authority<br>401 North Michigan Avenue #700<br>Chicago, IL 60611 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 3280 7650 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540