UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Greenleaf Limited Partnership
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−02480
                                        Honorable Virginia M. Kendall

Illinois Housing Development Authority
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: Defendant fails to appear.Status hearing held and continued to 7/29/2008 at 09:00 AM. Plaintiff is directed to advise defendant of this order forthwith.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.