# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 1:08-cv-02480

GREENLEAF LIMITED PARTNERSHIP
                 Plaintiff,
v.
ILLINOIS HOUSING DEVELOPMENT AUTHORITY
                 Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Illinois Housing Development Authority

| | |
|---|---|
| **NAME** (Type or print)<br>Martin G. Durkin | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>    s/ Martin G. Durkin | |
| **FIRM**<br>Holland & Knight LLP | |
| **STREET ADDRESS**<br>131 S. Dearborn, 30th Floor | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6199640 | **TELEPHONE NUMBER**<br>312-263-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |