## United States District Court for the Northern District of Illinois

Case Number: 08cv2480      Assigned/Issued By: j. n.

Judge Name:      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons
☑ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

1 Original and 0 copies on 7-29-08 as to roy bernardi
                          (Date)

C:\wpwin80\docket\feeinfo.frm      03/14/05