UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREENLEAF LIMITED PARTNERSHIP ) | | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No. 08-2480 | |
| ) | | |
| ILLINOIS HOUSING DEVELOPMENT ) | Judge Virginia M. Kendall | |
| AUTHORITY ) | | |
| ) | | |
| Defendant ) | | |

## NOTICE OF MOTION

**TO:** All Counsel of Record (See Attached Certificate of Service)

**PLEASE TAKE NOTICE** that on Tuesday**, August 19, 2008, 9:00 a.m.**, counsel for Defendant, shall appear before the Honorable Virginia M. Kendall, in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60603, Courtroom 2319, and then and there present **Plaintiff and Defendant's Joint Motion for Reassignment of Related Case**.

August 7, 2008                              Respectfully Submitted,

ILLINOIS HOUSING DEVELOPMENT
AUTHORITY

By Its Attorneys:

/s/ Martin G. Durkin, Jr.
Martin G. Durkin, Jr.
Christopher J. Murdoch
Holland & Knight LLP
131 S. Dearborn, 30th Floor
Chicago, Illinois  60603
(312) 578-6574 (Telephone)
(312) 578-6666 (Facsimile)

Of Counsel:
Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
(202) 457-7038 (Telephone)
(202) 955-5564 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on, August 7, 2008, I electronically transmitted the foregoing **Notice of Motion** to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case and served via United States Mail, postage prepaid, upon the following non-CM/ECF participants:

>Carl A.S. Coan, Jr.
>Coan & Lyons
>1100 Connecticut Avenue, N.W.
>Suite 1000
>Washington, DC  20036
>(202) 728-1070
>(202) 293-2448

>/s/ Martin G. Durkin, Jr.
>Martin G. Durkin, Jr.

# 5516330_v1