**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Greenleaf Limited Partnership

                                        Plaintiff,

v.                                                     Case No.: 1:08−cv−02480
                                                   Honorable Virginia M. Kendall

Illinois Housing Development Authority

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. MOTION by Defendant Illinois Housing Development Authority to reassign case[19] is granted. Plaintiffs are given to 9/3/2008 to file a consolidated amended complaint that includes all claims from 08 C 3446 and 08 C 2480 under case number 08 C 2480. All pleadings are to be filed in 08 C 2480. Status hearing date of 8/20/2008 is reset to 11/25/2008 at 9:00 am. The parties are to file a joint status report (as outlined on the court's web page) by 11/21/2008.Advised in open court(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.