UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Greenleaf Limited Partnership
                                              Plaintiff,

v.                                            Case No.: 1:08−cv−02480
                                              Honorable Virginia M. Kendall

Illinois Housing Development Authority
                                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 19, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: Case number 08 C 3446 is consolidated for all purposes with this action (08 C 2480).Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.